IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. |
| | *  12-00351- CB-B |
| KIM THOMAS, | * |
| | * |
| Defendant. | * |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that that this action be transferred to the United States District Court for the Middle District of Alabama.

**DONE** this 19th day of February **2013.**

_s/Charles R. Butler, Jr._____
**SENIOR UNITED STATES DISTRICT JUDGE**